# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MONICA WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV413-277 |
| ) | |
| INTERNATIONAL ) | |
| LONGSHOREMEN'S ) | |
| ASSOCIATION, AFL-CIO; ) | |
| WILLIE HAYWOOD; ) | |
| EDDIE MCBRIDE; ) | |
| INTERNATIONAL ) | |
| LONGSHOREMEN'S ASSOCIATION ) | |
| LOCAL NUMBER 1414, SAVANNAH, ) | |
| GEORGIA; GEORGIA STEVEDORE ) | |
| ASSOCIATION, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Let a copy of this Report and Recommendation be served upon plaintiff and counsel for defendants. Any objections to this Report and Recommendation must be filed with the Clerk of Court not later than September 18, 2014. The Clerk shall submit this Report and Recommendation together with any objections to the Honorable William T. Moore, Jr., United States District Judge, on September 19, 2014. Failure to file an objection within the specified time means that this Report and Recommendation may become the opinion and order of the Court, Nettles v. Wainwright, 677 F.2d 404 (5th Cir. 1982), and further waives the right to appeal the District Court's Order. Thomas v. Arn, 474 U.S. 140 (1985).

All requests for additional time to file objections to this Report and Recommendation should be filed with the Clerk for consideration by the District Judge to whom this case is assigned.

**SO ORDERED** this  4th  day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA