# United States District Court
## *Southern District of Georgia*

Monica Wilson,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV413-277,

International Longshoreman Association, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 10/22/14, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the complaint without prejudice.



10/22/14
Date

Scott L.
Clerk

(By) Deputy Clerk